**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10486 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00357-WBS |
| v. | |
| ADRIAN ORTEGA-DIAZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
William B. Shubb, District Judge, Presiding

Submitted October 9, 2012[**]

Before:    RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

Adrian Ortega-Diaz appeals from his guilty-plea conviction and 135-month

sentence for conspiracy to possess with intent to distribute over 50 grams of

methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846; and conspiracy

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

to manufacture over 1,000 plants of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ortega-Diaz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Ortega-Diaz the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.  We dismiss in light of the valid appeal waiver.  *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.